*Messrs. Robert Ash* and *Thomas J. Reilly* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch* and *George H. Foster* for the United States.

No. 902. STEWART, SHERIFF AND TAX COLLECTOR, ET AL. *v.* EDWARD HINES YELLOW PINE TRUSTEES ET AL. June 1, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Fleet C. Hathorn* and *E. C. Sharp* for petitioners. *Messrs. Wm. S. Bennett, T. W. Davis,* and *T. J. Wills* for respondents.

No. 904. MARSHALL *v.* WILBUR, SECRETARY OF THE INTERIOR. June 1, 1931. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Walter Edmund Burke* and *Lucius Q. C. Lamar* for petitioner. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Messrs. Whitney North Seymour* and *E. C. Finney* for respondent.

No. 905. CRIMORA MANGANESE CORP. ET AL. *v.* WILBUR, SECRETARY OF THE INTERIOR. June 1, 1931. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Walter Edmund Burke* and *Lucius Q. C. Lamar* for petitioners. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Messrs. Whitney North Seymour* and *E. C. Finney* for respondent.

No. 913. UNITED STATES *v.* PACIFIC GAS & ELECTRIC Co. June 1, 1931. Petition for writ of certiorari to the Circuit